## SUMMONS

## IN THE NAME OF THE PEOPLE IN THE STATE OF ILLINOIS, IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

G.M. SIGN, INC. )
_____ )
_____ )
_____ )
_____ )
_____ )
               **Plaintiffs)**
      vs. )
                   )
A&C PLASTICS, INC. )
_____ )
Serve: A&C Plastics, Inc. )
     6135 Northdale St. )
     Houston, TX 77087-5036 )
_____ )
              **Defendants)**

No. _____

**09 CH 2571**

FILED
AUG 0 7 2009
_Sally D. Coffelt_
CIRCUIT CLERK

To each of the above-named defendants:

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in this complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

SEAL
OF
COURT

WITNESS SALLY D. COFFELT. Clerk of said Circuit Court, and the seal thereof at Waukegan, Illinois, this _____ day of
_JUL 1 0 2009_ A.D., 20____

_Sally D. Coffelt_ SALLY D. COFFELT, Clerk

Plaintiff's Attorney:
(or plaintiff, if he be not represented by attorney) Brian J. Wanca @Anderson + Wanca/3701 Algonquin Rd. #760
Address Rolling Meadows, IL 60008
Telephone 847-368-1500

Date of Service: _____, 20 _____
(To be inserted by officer on copy left with defendant or other person.)

171-138 Rev 8/00

2 0 0 9 0 7 1 3 1 2 5 6 0 9

G.M. SIGN, INC

Plaintiff

vs.

A&C PLASTICS, INC

Defendant

*Circuit* Court Of *Illinois*

*Lake* Venue

Docket Number: 09 CH 2571

**Person to be served** (Name and Address):
A&C PLASTICS, INC
6135 NORTHDALE STREET
HOUSTON TX 77087
By serving: A&C PLASTICS, INC

**Attorney:** BRIAN J WANCA, ESQ

**Papers Served:** SUMMONS, CLASS ACTION COMPLAINT, MOTION FOR CLASS CERTIFICATION

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____._____

**Service Data:** [X] Served Successfully    [ ] Not Served

Date/Time: 07·20·09     3:00 Pm

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts:
Date/Time: _____
Date/Time: _____
Date/Time: _____

Name of Person Served and relationship/title:

KATIE CLAPP

VICE PRESIDENT

**Description of Person Accepting Service:**

SEX: F AGE: 3D HEIGHT: 5'11" WEIGHT: 195 SKIN: BLK HAIR: BLK OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

21 day of July, 2009

Notary Signature: Dorothy Colburn

DA COLBURN     03·14·10
Name of Notary     Commission Expiration

DOROTHY ANN COLBURN
Notary Public, State of Texas
My Commission Expires
March 14, 2010

I, MARK A. WHITMORE
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Mark a. Whitmore    07/21/09
Signature of Process Server    Date



Mark Andrew Whitmore
State ID Number
SCH000001314

